■ EILEEN OKIN, Respondent, v BOARD OF EDUCATION OF CITY OF NEW YORK et al., Appellants. [702 NYS2d 920] —In an action to recover damages for negligent supervision, the defendants appeal from an order of the Supreme Court, Queens County (Polizzi, J.), dated January 15, 1999, which denied their motion, in effect, for reargument.

Ordered that the appeal from the order is dismissed, with costs, as no appeal lies from an order denying reargument (*see, Bossio v Fiorillo,* 222 AD2d 476). Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.